1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | MARGARET CAREAGA an individual, RODRICK CAREAGA, an individual,         | Case No. 2:21-cv-05314-FLA (PVCx)
12 |                                                                          |
13 |                                                                          | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER [DKT. 44]**
14 |                         Plaintiffs                                       |
15 |         v.                                                               | Complaint Filed: June 30, 2021
16 | NEWREZ dba SHELLPOINT MORTGAGE SERVICING,                                | FAC Filed:       October 15, 2021
17 |                                                                          | Trial:           May 23, 2023
18 |                         Defendant.                                       |

1

The court, having considered the parties' Stipulation to Modify the Scheduling Order ("Stipulation") and finding good cause therefor, hereby GRANTS the stipulation and modifies the Scheduling Order by briefly extending the fact and expert discovery deadlines and deadline to hear motions as follows:

| Event | New Date |
|---|---|
| Fact Discovery Cut-Off | March 24, 2023 |
| Expert Disclosure (Initial) | January 13, 2023 |
| Expert Disclosure (Rebuttal) | January 27, 2023 |
| Expert Discovery Cut-Off | March 24, 2023 |
| Last Date to Hear Motions | March 24, 2023 |
| Deadline to Complete Settlement Conference | March 31, 2023 |
| First Round of Trial Filings | April 7, 2023 |
| Second Round of Trial Filings | April 21, 2023 |
| Final Pretrial Conference & Hearings on Motions in Limine | May 5, 2023 at 1:00 p.m. |
| Trial | May 23, 2023 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: December 8, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge