1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARGARET CAREAGA, an individual, and RODRICK CAREAGA, an individual, | Case No. 2:21-cv-05314-FLA (PVCx) |
| 12 | |
| 13 | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER [DKT. 48]** |
| 14              Plaintiffs | |
| 15        v. | |
| 16  NEWREZ dba SHELLPOINT MORTGAGE SERVICING, | |
| 17 | |
| 18 | |
| 19              Defendant. | |
| 20 | |

21
22
23
24
25
26
27
28

1

On January 13, 2023, Plaintiffs Margaret and Rodrick Careaga ("Plaintiffs") and Defendant NewRez d/b/a Shellpoint Mortgage Servicing ("Defendant") filed a Stipulation to Modify Scheduling Order ("Stipulation"). Dkt. 48.

The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the parties' request and CONTINUES pretrial and trial dates and deadlines as follows:

| Event | New Date |
| --- | --- |
| Fact Discovery Cut-Off | June 23, 2023 |
| Expert Disclosure (Initial) | April 14, 2023 |
| Expert Disclosure (Rebuttal) | April 28, 2023 |
| Expert Discovery Cut-Off | June 23, 2023 |
| Last Date to Hear Motions | June 23, 2023 |
| Deadline to Complete Settlement Conference | June 28, 2023 |
| First Round of Trial Filings | July 7, 2023 |
| Second Round of Trial Filings | July 21, 2023 |
| Final Pretrial Conference and Hearings on Motions in Limine | August 4, 2023 at 1:30 p.m. |
| Trial | August 22, 2023 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: January 19, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge