**AKERMAN LLP**
PRESTON K. ASCHERIN (SBN 260361)
Email: preston.ascherin@akerman.com
PARISA JASSIM (SBN 273915)
Email: parisa.jassim@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90017
Telephone:  (213) 688-9500
Facsimile:   (213) 627-6342

Attorneys for Defendant
NEWREZ dba SHELLPOINT MORTGAGE SERVICING

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET CAREAGA an individual, RODRICK CAREAGA, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NEWREZ dba SHELLPOINT MORTGAGE SERVICING<br><br>Defendant. | Case No.: 2:21-cv-5314 FLA (PVCx)<br><br>(Hon. Fernando L. Aenlle-Rocha)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: June 30, 2021<br>FAC Filed: October 15, 2021<br>Trial: August 21, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered the stipulation by and between plaintiffs Margaret Careaga
2  and Rodrick Careaga and defendant NewRez dba Shellpoint Mortgage Servicing, and
3  good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with
4  prejudice.  Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:_____, 2023

_____
U.S. District Court Judge

**AKERMAN LLP**
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2                                           Case No. 2:21-cv-05314
**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 West Fifth Street, Suite 300, Los Angeles, California 90071.

On **June 27, 2023**, I served the following document

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**

on the persons below as follows:

| | |
|---|---|
| Phillip D. Dracht, Esq.<br>THE LAW OFFICE OF PHILLIP DRACHT<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>Telephone: (805) 979-8802<br>Facsimile: (805) 613-6607<br>Email: pdracht@drachtlaw.com | **Attorney for Plaintiffs**<br>*MARGARET CAREAGA*<br>*RODRICK CAREAGA* |

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☒ **BY CM/ECF ELECTRONIC FILING:** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 27, 2023**, at Los Angeles, California.

| Suzanne I. Jimenez | */s/ Suzanne I. Jimenez* |
|---|---|
| (Type or print name) | (Signature) |

**AKERMAN LLP**
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342